**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NORMAN CORBETT,

                            Plaintiff,                           19 **CIVIL** 7687 (GBD)(RWL)

        -v-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated September 29, 2020, that this action be, and

hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence

four of 42 U.S.C. § 405(g), for further administrative proceedings.


**Dated:** New York, New York
         September 29, 2020


                                      **RUBY J. KRAJICK**
                                   _____
                                    **Clerk of Court**
              **BY:**        K. Mango
                                    _____
                                      **Deputy Clerk**